IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| JACKIE L. SULLIVAN, Executrix of The Estate of JOHN L. SULLIVAN, Deceased, and Widow in Her Own Right | : : : : : | Case No. 18-3622 |
| v. | : : | |
| A. W. CHESTERTON, INC., et al. | : | |

**O R D E R**

**AND NOW**, this **6th** day of **June, 2019**, for the reasons set forth in the accompanying Memorandum of Law, and upon consideration of the motions detailed below, it is hereby **ORDERED** that:

1. Huntington Ingalls' motion for leave to file a reply (ECF 154) is **GRANTED**;

2. Huntington Ingalls' motion to dismiss (ECF No. 106) is **GRANTED** and Huntington Ingalls is **DISMISSED** from the case for lack of personal jurisdiction;

3. John Crane's motion to dismiss (ECF No. 107) and BF Goodrich's motion to join (ECF No. 132) are **DENIED**;[1]

---

[1] John Crane seeks dismissal of the amended complaint because it was filed ten days late. While this Court has discretion to strike the untimely pleading, it will not do so because: (1) Plaintiff has established good cause for the delay; and (2) John Crane points to no specific prejudice from the

4. The motions to file replies in support of joinders to John Crane's motion to dismiss (ECF Nos. 155, 156, 158, 165) are **DENIED as moot**; and

5. Plaintiff's motion for leave to file an amended complaint beyond the time ordered by the court (ECF No. 129) **is DENIED as moot**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

tardy pleading, and the Court finds no prejudice to any Defendant. The Court would prefer to determine the case on the merits rather than on a procedural error that prejudiced no one.