UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKIE L. SULLIVAN, Executrix of the Estate of JOHN L. SULLIVAN, deceased, and widow in her own right,<br><br>            Plaintiff,<br>v.<br><br>A.W. CHESTERTON, INC., et al.<br><br>           Defendants. | MDL Docket No.: 875<br><br>E.D.PA. NO.: 2:18-CV-03622-ER<br><br>Transferred from:<br><br>Court of Common Pleas of Philadelphia County – July Term 2018, No. 2918 |

## STIPULATION OF DISMISSAL

AND NOW, this 30th day of March, 2020, it is hereby STIPULATED and AGREED by and between attorney for Plaintiff, and attorney for Defendant Johnson Controls Inc. ("JCI") that Defendant JCI, is hereby DISMISSED from the above-captioned action without prejudice. After notice to all interested parties, all claims by Plaintiff and any and all cross-claims brought against JCI are hereby dismissed without prejudice.

PAUL, REICH & MYERS, P.C.

By: /s/ Robert E. Paul
Robert E. Paul (PA I.D. 21252)
*Attorney for Plaintiff*

MORGAN, LEWIS & BOCKIUS, LLP

By: /s/ Aaron N. Arthur
Aaron N. Arthur (PA I.D. 326460)
*Attorney for Defendant*

APPROVED BY THE COURT:

/s/ Eduardo C. Robreno