```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| JACKIE L. SULLIVAN, | : | Case No. 18-3622 |
| Executrix of The Estate of | : | |
| JOHN L. SULLIVAN, Deceased, | : | |
| and Widow in Her Own Right | : | |
| | : | |
| v. | : | |
| | : | |
| A. W. CHESTERTON, INC., et al. | : | |

**O R D E R**

**AND NOW,** this **8th** day of **April, 2020,** having been informed by Plaintiff's counsel that Plaintiff has settled with the following two Defendants, it is hereby **ORDERED** that:

1. Bath Iron Works and

2. General Dynamics

Are **DISMISSED with prejudice** from Plaintiff's case. As a result, the following motions to dismiss and for leave to file a reply are **DENIED as moot:** ECF Nos. 252, 253, 269 & 269.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**