IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| **This Document relates to:** Jackie L. Sullivan, Executrix of the Estate of John L. Sullivan, Deceased, and Widow in her own right | E.D. Pa. No. 2:18-cv-03622-ER |
| Plaintiff, | ASBESTOS CASE JURY TRIAL DEMANDED |
| v. | |
| WEIL-MCLAIN, ET AL. | |

## STIPULATION OF DISMISSAL

And now, this __6th__ day of September, 2020, it is hereby stipulated by and between Plaintiff and Defendant Weil-McLain and all claims against Weil-McLain are dismissed with prejudice. After notice to all Defendants, this Stipulation also serves to dismiss any and all claims and cross claims against Weil-McLain with prejudice.

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

_____
Christopher H. Jones, Esquire
Counsel for Defendant Weil-McLain

PAUL, REICH & MYERS, P.C.

_____
Alan I. Reich, Esquire
Counsel for Plaintiff

APPROVED BY THE COURT:

/s/ Eduardo C. Robreno
_____
Eduardo C. Robreno, J.