IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| JACKIE L. SULLIVAN, Executrix of the Estate of JOHN L. SULLIVAN, Deceased, and widow in her own right | : : : : : | |
| Plaintiff, | : : | E.D. PA CIVIL ACTION NO. 18-cv-3622 |
| v. | : : | |
| A.W. CHESTERTON COMPANY, et al. | : : : | |
| Defendants. | : : | |

**O R D E R**

**AND NOW**, this **4th** day of **November, 2021**, upon consideration of the motion for summary judgment filed by Defendant Viad Corporation (ECF No. 316) and the responses and reply thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**