```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACKIE L. SULLIVAN, Executrix :   CONSOLIDATED UNDER
of the Estate of              :   MDL 875
JOHN L. SULLIVAN, Deceased,   :
and widow in her own right    :
                              :
     Plaintiff,               :
                              :   E.D. PA CIVIL ACTION NO.
     v.                       :   18-cv-3622
                              :
A.W. CHESTERTON COMPANY,      :
et al.                        :
                              :
     Defendants.              :
```

## **O R D E R**

**AND NOW**, this **1st** day of **April, 2022**, in that the Court has ruled on all dispositive motions and the case is ready for trial, it is hereby **ORDERED** that the parties shall contact the chambers of Magistrate Judge Elizabeth T. Hey **by May 16, 2022** to schedule a <u>final</u> pre-trial settlement conference. In the event that the remaining parties do not settle, the Court will immediately thereafter schedule deadlines for pretrial memoranda, proposed voir dire questions, jury instructions, special interrogatories, and verdict forms, and will set a date for trial that is as soon as practicable.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**